Douglas A. Pettit, Esq. SBN 160371
Heather A. Rogers, Esq., SBN 316795
Dominic A. Velloze, Esq. SBN 036824
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, California 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: dpettit@pettitkohn.com
hrogers@pettitkohn.com
dvelloze@pettitkohn.com
Attorneys for Defendant
**THE JOINT CORP.**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | |
|---|---|
| GISELA GONZALEZ MERICAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE JOINT CORP.,<br><br>Defendant. | CASE NO.: 1:26-cv-00974-KES-SAB<br><br>CLASS ACTION COMPLAINT<br><br>**DEFENDANT THE JOINT CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**DATE: June 8, 2026**<br>**TIME: 1:30 p.m.**<br><br>Courtroom: Room 6, 7th floor<br>District Judge: Hon. Kirk E. Sherriff<br>Magistrate Judge: Hon. Stanley A. Boone<br>Complaint Filed: February 04, 2026<br>Trial Date: Not set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 8, 2026 at 1:30 p.m. or as soon thereafter as the matter may be heard in the above-entitled court, Defendant THE JOINT CORP. ("Defendant") will and hereby does move this Court for an Order dismissing Plaintiff GISELA GONZALEZ MERICAL, et al.'s ("Plaintiff")

Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, Declaration of Tyson Clyne, accompanying exhibits, the pleadings and records on file, and such further evidence and argument as may be presented to the Court at or before the hearing on this matter.

## Certification of Meet and Confer Efforts

This motion is made following a written meet and confer letter sent by Defendant's undersigned counsel to Plaintiff's counsel on March 20, 2026; email correspondence exchanged between counsel on March 23, 2026; a videoconference between counsel on March 25, 2026; and email correspondence exchanged between counsel on March 27, 2026, pursuant to Section I(C) of this Court's Standing Order. Counsel for the parties have thoroughly discussed the substance of Defendant's motion to dismiss, including each of the arguments for dismissal set out in this present motion to determine whether they could reach any potential resolution. Despite the parties good faith and cordial efforts, however, counsel for the parties were unable to reach agreement on all issues. Accordingly, the undersigned certifies that meet and confer efforts have been exhausted.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: March 30, 2026 By: *s/ Heather A. Rogers*

Douglas A. Pettit, Esq.
Heather A. Rogers, Esq.
Dominic A. Velloze, Esq.
Attorneys for Defendant
**THE JOINT CORP.**
dpettit@pettitkohn.com
hrogers@pettitkohn.com
dvelloze@pettitkohn.com

## CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**DEFENDANT THE JOINT CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

was/were served on this date to counsel of record:

**[X]** **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Sarah N. Westcot, Esq.
**BURSOR & FISHER, P.A.**
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
Email: swestcot@bursor.com
Assistant Diego A. Rivera drivera@bursor.com
**Attorneys for Plaintiff**
**GISELA GONZALEZ MERICAL et al**

Executed on **March 30, 2026**, at San Diego, California.

*s/ Rachel I. Gomez*
Rachel Gomez