Douglas A. Pettit, Esq. SBN 160371
Heather A. Rogers, Esq., SBN 316795
Dominic A. Velloze, Esq. SBN 036824
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, California 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: dpettit@pettitkohn.com
hrogers@pettitkohn.com
dvelloze@pettitkohn.com
Attorneys for Defendant
**THE JOINT CORP.**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | |
|---|---|
| GISELA GONZALEZ MERICAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE JOINT CORP.,<br><br>Defendant. | CASE NO.: 1:26-cv-00974-KES-SAB<br><br>CLASS ACTION COMPLAINT<br><br>**NOTICE OF ERRATA RE: DEFENDANT THE JOINT CORP.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**DATE: June 8, 2026**<br>**TIME: 1:30 p.m.**<br><br>Courtroom: Room 6, 7th floor<br>District Judge: Hon. Kirk E. Sherriff<br>Magistrate Judge: Hon. Stanley A. Boone<br>Complaint Filed: February 04, 2026<br>Trial Date: Not set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Defendant THE JOINT CORP. ("Defendant") respectfully submits this Notice of Errata regarding the docket text for Defendant's Motion to Dismiss filed with the Court on March 30, 2026, as a result of the inadvertent selection when filing on the CM/ECF system of Motion to Dismiss for Lack of Prosecution rather than Motion to Dismiss for Lack of Jurisdiction. Due to

this error, the docket text for Defendant's Motion to Dismiss erroneously reads Motion to Dismiss for Lack of Prosecution. The docket text should read: Motion to Dismiss for Lack of Jurisdiction.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: April 1, 2026

By: *s/ Heather A. Rogers*

Douglas A. Pettit, Esq.
Heather A. Rogers, Esq.
Dominic A. Velloze, Esq.
Attorneys for Defendant
**THE JOINT CORP.**
dpettit@pettitkohn.com
hrogers@pettitkohn.com
dvelloze@pettitkohn.com

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**NOTICE OF ERRATA RE: DEFENDANT THE JOINT CORP.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

was served on this date to counsel of record:

[X] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Sarah N. Westcot, Esq.
**BURSOR & FISHER, P.A.**
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
Email: swestcot@bursor.com
Stephen Beck sbeck@bursor.com
Assistant Diego A. Rivera drivera@bursor.com
**Attorneys for Plaintiff**
**GISELA GONZALEZ MERICAL et al**

Executed on **April 1, 2026**, at San Diego, California.

*s/ Rachel I. Gomez*
Rachel I. Gomez