**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
E-mail: swestcot@bursor.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

GISELA GONZALEZ MERICAL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE JOINT CORP.,

Defendant.

Case No. 1:26-cv-00974-KES-SAB

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Date: June 8, 2026
Time: 1:30 p.m.
Judge: Hon. Kirk E. Sherriff
Crtrm: Room 6, 7th Floor

Action Filed: February 4, 2026

**TO THE COURT, DEFENDANT, AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201(b), Plaintiff Gisela Gonzalez Merical respectfully requests that the Court take judicial notice of **Exhibits A–B** to the Declaration of Sarah N. Westcot, which are also cited in portions of Plaintiff's Opposition to Defendant's Motion to Dismiss.

Rule 201 permits courts to take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Here, each of the documents attached to the Declaration of Sarah N. Westcot are subject to judicial notice.

*First*, **Exhibit A** is a copy of the appointment booking form on Defendant's webpage. "As a general matter, websites and their contents may be proper subjects for judicial notice." *Jones v. Tonal Systems, Inc.*, 751 F. Supp. 3d 1025, 1031 (S.D. Cal. 2024). This is especially true in instances where "allegations in the complaint necessarily rely [on the documents], even if not expressly referenced in the complained, provided that the authenticity of those documents are not in dispute."

*Second*, **Exhibit B** is an archived copy of Defendant's webpage as it appeared in January of 2025. Specifically, it is an archived webpage taken from the Internet Archive's Wayback Machine. And "Courts have taken judicial notice of the contents of web pages available through the Wayback Machine as facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Erickson v. Nebraska Mach. Corp.*, 2015 WL 4089849, at *1, n.1 (N.D. Cal. July 6, 2015).

For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of **Exhibits A–B** to the Declaration of Sarah N. Westcot.

Dated: April 13, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Sarah N. Westcot</u>*
Sarah N. Westcot

Sarah N. Westcot (State Bar No. 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
E-mail: swestcot@bursor.com

*Counsel for Plaintiff*