# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELA GONZALEZ MERICAL,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>THE JOINT CORP.,<br><br>　　　Defendant. | Case No.  1:26-cv-00974-KES-SAB<br><br>ORDER DENYING STEPHEN A. BECK'S *PRO HAC VICE* APPLICATION WITHOUT PREJUDICE<br><br>(ECF No. 17) |

Before the Court is the application of Stephen A. Beck's, attorney for Gisela Gonzalez Merical, for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Upon review, the Court observes that the application does not include a certificate of good standing from the court in the attorney's state of primary practice.  See Local Rule 180(b)(2)(i).

Accordingly, IT IS HEREBY ORDERED that Stephen A. Beck's application to appear *pro hac vice* is DENIED without prejudice to be resubmitted with the certificate of good standing.

IT IS SO ORDERED.

Dated:   **July 3, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1