# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELA GONZALEZ MERICAL, | Case No.  1:26-cv-00974-KES-SAB |
| Plaintiff, | ORDER GRANTING STEPHEN A. BECK'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 19) |
| THE JOINT CORP., | |
| Defendant. | |

Before the Court is the application of Stephen A. Beck's, attorney for Gisela Gonzalez Merical, for admission to practice *pro hac vice*. L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **July 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1