**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
Stephen A. Beck (admitted *pro hac vice*)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
E-mail: swestcot@bursor.com
sbeck@bursor.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

GISELA GONZALEZ MERICAL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE JOINT CORP.,

Defendant.

Case No. 1:26-cv-00974-KES-SAB

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Gisela Gonzalez Merical ("Plaintiff") respectfully submits this Notice of Supplemental Authority regarding Defendant The Joint Corp.'s ("Defendant") pending motion to dismiss. *See* ECF No. 8. Plaintiff also submits this Notice in support of her supplemental briefing, pursuant to this Court's July 8, 2026 Order. *See* ECF No. 21. Plaintiff brings to the Court's attention a recent Order entered on July 24, 2026, by Judge Otis D. Wright, II in *Brayfield v. Advanced Hair Restoration LLC*, No. 2:25-cv-11547 (C.D. Cal. July 24, 2026) (ECF No. 24), attached hereto as **Exhibit 1**.

In *Brayfield*, the court held that the plaintiff established Article III standing based on the defendant's disclosure, through website tracking technologies, of the plaintiff's identity and interest in a hair loss consultation to third parties, notwithstanding the court's separate dismissal of the complaint on separate statute-of-limitations grounds.

Dated: July 27, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ Sarah N. Westcot
Sarah N. Westcot

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
Stephen A. Beck (admitted *pro hac vice*)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
E-mail: swestcot@bursor.com
sbeck@bursor.com

*Counsel for Plaintiff*